Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
----------------------------------------------x

RUBEN MEDINA, CESAREO AGUILA
CERON AND ANA TORRES, individually and
on behalf of all others similarly situated,

        Plaintiffs,

    v.

EL TEQUILAZO CORP., MAELO
CORPORATION, LAZARO NAVARRO,
FERNANDO NAVARRO, JUAN NAVARRO,
and ELENA ZULUAGA a/k/a LUZ ELENA
ZULUAGA d/b/a EL TEQUILAZO,

        Defendants.
----------------------------------------------x
------------------------------------ x

ECF CASE

INDEX NO: 11-cv-03542-GBD

STIPULATION OF
DISCONTINUANCE WITH
PREJUDICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 13 2011

It is hereby stipulated and agreed, by and between the undersigned parties that the claims of Plaintiffs, RUBEN MEDINA, CESAREO AGUILA CERON, AND ANA TORRES, ("Plaintiffs") against Defendants, EL TEQUILAZO CORP., MAELO CORPORATION, LAZARO NAVARRO, FERNANDO NAVARRO, JUAN NAVARRO, ELENA ZULUAGA A/K/A LUZ ELENA ZULUAGA D/B/A EL TEQUILAZO ("Defendants"), shall be dismissed with prejudice.

Dated: New York, New York
      Dec. 6_____, 2011

LAW OFFICES OF JONATHAN WEINBERGER
Attorneys for Plaintiffs

By: _____

Jonathan Weinberger
880 Third Avenue, 13th Floor

FOX ROTHSCHILD LLP
Attorneys for Defendants

By: _____

Eli Z. Freedberg
100 Park Avenue, 15th Floor

NY1 541469v1 09/20/11
NY1 551324v2 10/31/11
NY1 552851v1 11/16/11

Jonathan Weinberger

New York, NY 10022

SO ORDERED:

*George B. Daniels*

Hon. George B. Daniels

New York, NY 10017

DEC 13 2011

HON. GEORGE B. DANIELS

NY1 541469v1 09/20/11
NY1 551324v2 10/31/11
NY1 552851v1 11/16/11